

**HH&K**
Hinman, Howard & Kattell LLP
ATTORNEYS

80 Exchange Street | P.O. Box 5250 | Binghamton NY  13902-5250 | www.hhk.com

JEFFREY A. JAKETIC
Partner
jjaketic@hhk.com
P: (607) 231-6742
F: (607) 723-6605
ALSO ADMITTED IN NJ AND PA

June 20, 2024

The Honorable Miroslav Lovric
U.S. Magistrate Judge
Federal Building & U.S. Courthouse
15 Henry Street
Binghamton, New York 13901

     **Re:**    **Vicki and Joseph Patch v. United States of America, et al.**
            **Civil Action No.: 3:24-cv-50 (GTS/ML)**

Dear Judge Lovric:

     Enclosed herewith, please find the Amended Complaint in the above-referenced action. This Amended Complaint is being filed with the consent of Cathleen B. Clark, Assistant United States Attorney, on behalf of Defendant, United States of America.

     Thank you for your consideration in this matter.

                      Respectfully submitted,

                      HINMAN, HOWARD & KATTELL, LLP

By:                             
                      Jeffrey A. Jaketic, Esq.

JAJ/ks2

cc:  Cathleen B. Clark, Assistant United States Attorney (via CM/ECF)