UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

VICKI PATCH and JOSEPH PATCH,

                    Plaintiffs,

v.

UNITED STATES OF AMERICA, THE CITY OF
BINGHAMTON, BOSCOV'S INC., BOSCOV'S
DEPARTMENT STORE, LLC, BOSCOV'S
INVESTMENT COMPANY, INC., and COREY L.
MURRY,

                    Defendants.

Civil Action No.
3:24-cv-50 (GTS/ML)

---

## ANSWER TO DEFENDANT BOSCOV'S CROSSCLAIM AND CROSSCLAIM AGAINST BOSCOV'S

The United States of America, by its attorney, CARLA B. FREEDMAN, United States Attorney in and for the Northern District of New York, Cathleen B. Clark, Assistant United States Attorney, of counsel, as and for its Answer to the crossclaim of Boscov's Inc., Boscov's Department Store, LLC, and Boscov's Investment Company, Inc. ("Boscov's") (Dkt. 42) responds as follows:

Paragraphs 1 – 27 of Co-Defendant Boscov's Amended Answer to Plaintiffs' Second Amended Complaint (Dkt. 42) consist of Boscov's responses to Plaintiffs' allegations and the subsequent Paragraphs numbered 1 – 24 contain Boscov's Affirmative Defenses. Accordingly, no response from the United States of America is required to those Paragraphs.

## CROSS-CLAIM FOR CONTRIBUTION

The United States of America denies Boscov's allegations in its crossclaim contained in its unnumbered Paragraph entitled "Cross Claim for Contribution." Dkt. No. 42.

## CROSSCLAIM FOR COMMON LAW INDEMNITY

The United States of America denies any and all responsibility and/or liability for the alleged accident and injuries of Plaintiff, Vicki Patch. Defendant denies that any alleged negligence, carelessness, or other acts or omissions on its part caused or contributed to the alleged accident and injuries. Assuming, without conceding, that Plaintiffs' allegations are true, then the alleged accident and injuries, if any, were caused, in whole or in part, by the wrongful and negligent conduct of Boscov's, Boscov's agents, subcontractors, and/or employees with no wrongdoing or negligence on the part of the United States of America. Accordingly, the United States of America is entitled to indemnification and/or contribution, under common law and as provided under the N.Y. CPLR, as appropriate, from Boscov's in an amount to be determined by the trier of fact in addition to all costs and disbursements incurred in the defense of this action as well as attorney's fees to the extent permissible by law.

WHEREFORE, based on the foregoing and the responses and assertions contained in the United States of America's Answer to Plaintiffs' Second Amended Complaint (Dkt. No. 26), the United States of America respectfully submits that neither Plaintiffs nor Co-Defendant Boscov's are entitled to any relief, monetary or

non-monetary, and requests that Plaintiffs' Complaint against the United States of

America be dismissed, that judgment be entered in favor of the United States, with

prejudice and with costs, and for such other and further relief as the Court may

deem just and proper.

Dated:  Albany, New York
        September 26, 2024

CARLA B. FREEDMAN
United States Attorney
Attorney for Defendant

By:   */s/Cathleen B. Clark*
      CATHLEEN B. CLARK
      Assistant United States Attorney
      Bar Roll No. 516792
      James T. Foley U.S. Courthouse
      445 Broadway, Room 218
      Albany, NY 12207
      Ph: (518) 431-0258
      Cathleen.B.Clark@usdoj.gov