UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

VICKI PATCH and JOSEPH PATCH,

                Plaintiffs,                Civil Case No.: 3:24-cv-50 (GTS/ML)

      v.                                    **ANSWER TO CROSSCLAIMS
OF CO-DEFENDANTS**

UNITED STATES OF AMERICA, THE CITY OF
BINGHAMTON, BOSCOV'S INC., BOSCOV'S
DEPARTMENT STORE, LLC, BOSCOV'S
INVESTMENT COMPANY, INC., and COREY
L. MURRY,

                Defendants.

_____

        The City of Binghamton (hereinafter the "City"), by and through its attorneys, MANCUSO BRIGHTMAN PLLC, as and for an Answer to the Crossclaims filed against the City by Defendants United States of America (hereinafter "USA") and Boscov's Inc., Boscov's Department Store, LLC, and Boscov's Investment Company, Inc. (hereinafter collectively referred to as "Boscovs"), responds as follows:

### BOSCOV'S CROSSCLAIM FOR CONTRIBUTION

1.      The City DENIES Boscov's crossclaim for contribution alleged against the City, as pleaded in unnumbered paragraphs in Boscov's Amended Answer to Plaintiffs' Second Amended Complaint (hereinafter "SAC").  (*See* Docket (hereinafter "Dkt.") No. 42, at 6-7.)

2.      The City DENIES, without conceding that Plaintiffs' allegations in the Second Amended Complaint (hereinafter "SAC") are true or that Plaintiffs' damages were caused by negligence of one or more parties to the instant action, that the City contributed, in whole or in part, to the negligence of any and all co-defendants who have been or may be joined and/or impleaded to this action.  (*See* Dkt. No. 42, at 6.)

1

3.      The City further DENIES that Boscov's is entitled to judgment against the City for any and all sums of money which may be assessed against Boscov's in favor of Plaintiffs pursuant to N.Y. CPLR § 1402, the Federal Rules of Civil Procedure, and/or Federal Common Law, as alleged.  (*See* Dkt. No. 42, at 7.)

### BOSCOV'S CROSSCLAIM FOR COMMON LAW INDEMNITY

4.      The City DENIES Boscov's crossclaim for common law indemnity alleged against the City, as pleaded in unnumbered paragraphs in Boscov's Amended Answer to Plaintiffs' Second Amended Complaint (hereinafter "SAC").  (*See* Dkt. No. 42, at 7.)

5.      The City DENIES that Boscov's would be entitled to common law indemnity if found liable to Plaintiffs by reason of the alleged acts and/or omissions contained in the SAC.  (*See* Dkt. No. 42, at 7.)

6.      The City DENIES that Boscov's liability is merely constructive, technical, imputed, or vicarious, as alleged.  (*See* Dkt. No. 42, at 7.)

7.      The City DENIES that the Plaintiffs' alleged damages arose out of direct and primary negligence attributable to the City.  (*See* Dkt. No. 42, at 7.)

8.      The City DENIES that Boscov's is entitled to judgment against the City for any and all sums of money which may be assessed against Boscov's in favor of Plaintiffs.  (*See* Dkt. No. 42, at 7.)

### USA'S CROSSCLAIM FOR INDEMNIFICATION AND/OR CONTRIBUTION

9.      The City DENIES the USA's crossclaims for indemnification and/or contribution alleged against the City, as found in its Answer to the City's Answer to the SAC and Cross-Claim against the USA.  (*See* Dkt. 43 (hereinafter referred to as "USA's Answer and Crossclaim Against the City"), at 2-3.)

10.     The City DENIES the allegations contained in Paragraph 60 of the USA's Answer and Crossclaim Against the City, as phrased.  (*See* Dkt. No. 43, at ¶ 60.)

11.     The City DENIES, without conceding that Plaintiffs' allegations in the SAC are true or that Plaintiffs' damages were caused by negligence of one or more parties to the instant action, that the City or its agents may be attributed with any wrongful and/or negligent conduct which caused, in whole or in part, the alleged accident and/or injuries.  (*See* Dkt. No. 43, at ¶ 60.)

12.     The City DENIES that the USA is entitled to indemnification and/or contribution from the City for any and all sums of money which may be assessed against the USA in favor of Plaintiffs pursuant to N.Y. CPLR § 1402, as alleged.  (*See* Dkt. No. 43, at ¶ 60.)

13.     The City further DENIES that the USA is entitled to indemnification and/or contribution from the City for all costs and disbursements incurred by the USA in defense of this action, as well as attorneys' fees, as alleged.  (*See* Dkt. No. 43, at ¶ 60.)

## ANSWER TO CROSSCLAIMS NOT YET ASSERTED

14.     The City DENIES any and all crossclaims that have been or may be asserted at a later date by all co-defendants who have been or may be joined and/or impleaded into this action.

## JURY DEMAND

15.     The City of Binghamton demands a trial by jury for the crossclaims that are not questions of law and affirmative defenses asserted in this action.

**WHEREFORE**, the City respectfully requests that this Court dismiss the crossclaims asserted against the City with prejudice, award the City its costs and attorneys' fees, and grant such other and further relief as the Court deems just and proper.

Dated:  September 26, 2024                          MANCUSO BRIGHTMAN PLLC
        Baldwinsville, New York

_____

SHANNON T. O'CONNOR, ESQ.
*Attorneys for Defendant City of Binghamton*
16 Oswego Street, Suite 2
Baldwinsville, New York 13027
315-382-5244
soconnor@mbnylaw.com

4

## CERTIFICATE OF SERVICE

I hereby declare and certified that on September 26, 2024, I caused to be served upon the Plaintiffs in the above-captioned action (Civil Case No. 3:24-cv-50 (GTS/ML)) a true and correct copy of this Answer to Crossclaims of Co-Defendants United States of America and Boscov's Inc., Boscov's Department Store, LLC, and Boscov's Investment Company, Inc., electronically filed in the above-captioned action on September 26, 2024, by placing the same in a postage-paid envelope bearing the address set forth below and depositing in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Jeffrey A. Jaketic, Esq. (NDNY 303223)
HINMAN, HOWARD & KATTELL, LLP
jjaketic@hhk.com
*Attorneys for Plaintiffs*

Michael D. Noblett, Esq.
CIPRIANI & WERNER, P.C.
mnoblett@c-wlaw.com
*Attorneys for Defendants*
*Boscov's Inc., Boscov's Department Store, LLC, and Boscov's Investment Company, Inc.*

Cathleen B. Clark
Assistant United States Attorney
c/o CARLA B. FREEDMAN, United States Attorney
Cathleen.B.Clark@usdoj.gov
*Attorneys for Defendant United States of America*

SHANNON T. O'CONNOR, ESQ.
MANCUSO BRIGHTMAN PLLC
soconnor@mbnylaw.com
*Attorneys for Defendant City of Binghamton*

Sworn to before me this
26th day of September, 2024

_____
Notary Public

JESSALEE HARTLE
Notary Public, State of New York
No.01HA6390276
Qualified in Monroe County
Commission Expires April 15, 2027