UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICKI PATCH and JOSEPH PATCH, : <br> : <br> Plaintiffs, : <br> v. : <br> : <br> UNITED STATES OF AMERICA, : <br> THE CITY OF BINGHAMTON, : <br> BOSCOV'S INC., BOSCOV'S : <br> DEPARTMENT STORE, LLC, : <br> BOSCOV'S INVESTMENT : <br> COMPANY, INC., and COREY : <br> MURRY, : <br> Defendants. : | Civil Action No. 3:24-cv-50 (GTS/ML) <br><br><br> STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

    IT IS HEREBY STIPULATED AND AGREED. by and between the parties and their respective counsels, that the above-captioned action is voluntarily dismissed, with prejudice against the defendants, United States of America, the City of Binghamton, Boscov's Inc., Boscov's Department Store, LLC, and Boscov's Investment Company, Inc., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

HINMAN, HOWWARD & KATTEL, LLP
Attorneys for Plaintiffs

By: /s/ Jeffrey A. Jaketic
Jeffrey A. Jaketic, Esq.
80 Exchange Street
Binghamton, NY 13902
607-231-6742
jjaketic@hhk.com

JOHN A. SARCONE
United States Attorney
Northern District of New York

By: _____
Cathleen B. Clark
Assistant United States Attorney
 445 Broadway
Albany, NY 12207
Cathleen.B.Clark@usdoj.gov

1

| | |
|---|---|
| KENNEY SHELTON LIPAK NOWAK LLP<br>Attorneys for Defendant<br>The City of Binghamton | CIPRIANI & WERNER, P.C.<br>Attorneys for Defendants<br>Boscov's Inc., Boscov's Department Store, LLC and Boscov's Investment Company, Inc. |
| By: /s/ Shannon T. O'Connor<br>Shannon T. O'Connor, Esq.<br>The Calumet Building<br>233 Franklin Street<br>Buffalo, NY 14202<br>716-853-3801<br>stoconnor@kslnlaw.com | By: /s/ Michael D. Noblett<br>Michael D. Noblett, Esq.<br>11 Stewart Avenue, First Floor<br>Huntington, NY 11743<br>516-717-0853<br>mnoblett@c-wlaw.com |

IT IS SO ORDERED:

_/s/ Glenn T. Suddaby_
Glenn T. Suddaby
U.S. District Judge

Dated: __5/15/2025__
    Syracuse, NY

2