UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICKI PATCH and JOSEPH PATCH,<br><br>              Plaintiffs,<br><br>   v.<br><br>UNITED STATES OF AMERICA, THE CITY OF BINGHAMTON, BOSCOV'S INC., BOSCOV'S DEPARTMENT STORE, LLC, BOSCOV'S INVESTMENT COMPANY, INC and COREY L. MURRY,<br><br>              Defendants. | **DEFAULT JUDGMENT**<br><br>Civil Case No.: 3:24-cv-50 (GTS/ML) |

This action having been commenced against Defendant, Corey Murry, by filing a Summons and Second Amended Complaint on June 21, 2024 and August 2, 2024, respectively, and subsequently serving true copies of the same, personally, on Defendant Murry at 1156 Cook Street, Dannemora, New York 12929, on July 5, 2024 and September 6, 2024, respectively, and proof of service having been filed on July 24, 2024 and September 11, 2024, respectively, and Defendant Murry, not having answered the Second Amended Complaint, and the time for answering the Second Amended Complaint having expired and not been extended, it is hereby

    **ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiffs' Motion for Default Judgment on liability only is granted;

2. Defendant, Corey Murry, is found liable for the claims asserted in the Second Amended Complaint filed by Plaintiffs;

3. The issue of damages shall be reserved for a subsequent hearing or trial, to be scheduled at a later date;

1

4. The Clerk of the Court is directed to enter this Default Judgment on liability only in favor of Plaintiffs and against Defendant Corey Murry; and

5. Plaintiff is granted leave to file a motion for damages and any related relief as appropriate.

6. Additionally, a Stipulation and Order voluntarily dismissing this case with prejudice against the Defendants United States of America, the City of Binghamton, Boscov's Inc., Boscov's Department Store, LLC, and Boscov's Investment Company, Inc. was filed on May 15, 2025. See Dkt. No. 80.

Dated: __May 15__, 2025

Glenn T. Suddaby
U.S. District Judge

Clerk of Court